WILLIAM B. DINSMORE AND OTHERS *v.* ALVIN ADAMS AND OTHERS.

APPEAL from an order of the Special Term, setting aside a judgment as against certain of the defendants herein.

The objection was taken, among others, that more than one year had elapsed, and that the court had no power to open the judgment. To which the court say: "There are powers above and beyond the Code that this court possesses, and it seems to me that in a

proper case the court of equity possesses an undoubted right to give the relief asked."

*John E. Burrill.* for appellants.    *W. W.. McFarland* and *Wm. D. Shipman,* for respondents Phillips and others.

Opinion by DONOHUE, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order affirmed, with ten dollars costs, besides disbursements.